UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN WEESE, et al.,

    Plaintiffs,

v.

KALAMAZOO METRO TRANSIT,

    Defendant.
_____/

Case No. 1:18-cv-210

HON. JANET T. NEFF

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that the Complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

Dated:  April 9, 2018

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge